UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 13-2006 JGB (SPx)** | Date | March 31, 2014 |
|---|---|---|---|
| Title | ***Cheryl Johnson v. Bechtel Construction Company, et al.*** | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **ORDER To Show Cause Why Sanctions Should Not Be Entered Against Plaintiff's Counsel for Failure to Appear (IN CHAMBERS)**

     By Order of January 21, 2014, the Court set a Scheduling Conference in this matter for 11:00 a.m. on March 31, 2014.  (Doc. No. 12.)  In violation of Local Rule 16-13, Plaintiff's counsel failed to attend the conference.  The Court ORDERS Plaintiff's counsel, Jeffrey A. Lipow and Sean Patrick Feeney, to show cause why they should not be sanctioned in the amount of $500 for their failure to appear at the Court-ordered scheduling conference set on this date.  Plaintiff's counsel shall respond in writing to the order to show cause no later than **April 14, 2014.**  Counsel's failure to respond may result in termination of this case.

     **IT IS SO ORDERED.**