UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 13-2006 JGB (SPx)** | Date | April 15, 2014 |
| Title | *Cheryl Johnson v. Bechtel Construction Company, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Minute Order DISCHARGING Order To Show Cause Why Sanctions Should Not Be Entered Against Plaintiff's Counsel (Doc. No. 14) (IN CHAMBERS)

     On March 31, 2014, the Court issued an order to show cause why Plaintiff's counsel, Jeffrey A. Lipow and Sean Patrick Feeney, should not be sanctioned in the amount of $500 for their failure to appear at the Court-ordered scheduling conference set for March 31, 2014 at 11:00am.  ("OSC," Doc. No. 14.)  On April 14, 2014, Jeffrey A. Lipow submitted a declaration in response to the OSC.  (Doc. No. 17.)  The Court finds Mr. Lipow's response sufficient and DISCHARGES the Order to Show Cause.

     **IT IS SO ORDERED.**