# JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| CHERYL JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>BECHTEL CONSTRUCTION COMPANY, a California limited liability company; BECHTEL CONSTRUSTION COMPANY, a Nevada Corporation, as DOE 1; and DOES 2 through 10, inclusive,<br><br>        Defendants. | Case No. EDCV13-02006 JGB (SPx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Removal Filed:  November 4, 2013<br>Trial Date:         April 27, 2015 |

Case No. EDCV13-02006 JGB (SPx)
ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## ORDER

For good cause appearing the Court orders that:

1. The above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1); and

2. Each party will bear her/its own attorney's fees and costs with respect to the dismissal of the above-captioned action.

**IT IS SO ORDERED.**

DATED: December 12, 2014          By: _____
                                      Honorable Jesus G. Bernal
                                      UNITED STATES DISTRICT COURT